**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Ronnie DAWSON, Defendant–Appellant.**

**No. 09–11112
Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Nov. 16, 2009.

Before CARNES, MARCUS and KRAVITCH, Circuit Judges.

PER CURIAM:

Maurice C. Grant, II, appointed counsel for Ronnie Dawson in this appeal from the denial of an 18 U.S.C. § 3582(c)(2) motion, has moved to withdraw from further representation and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record confirms that there are no issues of arguable merit on appeal. Therefore, counsel's motion to withdraw is **GRANTED,** and the denial of Dawson's 18 U.S.C. § 3582(c)(2) motion is **AFFIRMED.**